Justice Burr at Special Term. (Reported in — Misc. Rep. ——.) Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred. ·

Edward W. Brown and James W. Shaw, Respondents, v. Retsof Mining Company, Appellant. (Action No. 4.)— Judgment unanimously affirmed, and order granting extra allowance reversed for want of power in the court at Trial Term to grant the same, without costs to either party, on the authority of *Brown* v. *Retsof Mining Co., Nos. 1 & 2* (109 App. Div. 150). Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

John Connelly, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the case presented a question for the jury. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Frank P. Byrne and Others, as Executors, etc., of John Byrne, Deceased, Respondents, v. Camille Weidenfeld and Isaac B. Newcombe, Appellants.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Laura Deringer, Respondent, v. The Colonial Life Insurance Company of America, Appellant.— Motion for reargument denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Philippo Dragotto, an Infant, etc., Respondent, v. Charles Plunkett, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Martha F. Hoch, Respondent, v. Brooklyn Borough Gas Company, Appellant. — Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

William T. Holt, the Public Administrator, etc., Plaintiff, v. Thomas W. · Tuite, Individually and as Administrator, etc., and Others, Defendants.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

In the Matter of the Application of Charles McC. Chapman for Admission to the Bar.— Motion granted. Present — Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ.

Julius Jacoby, Appellant, v. Samuel Jacoby and Others, Respondents.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Emma F. Laturen, Appellant, v. Bolton Drug Company, Limited, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Emma K. Manthai, as Administratrix, etc., of Herman C. Manthai, Deceased, Appellant, v. Erie Railroad Company, Impleaded. Respondent.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Jennie McGahie, Appellant, v. John A. Sproat, Administrator, etc., of Bridget T. McClennen, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Edwin H. Tucker, Appellant, v. Eugene B. Dudley, Respondent.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Richard B. Wilhelm, Appellant, v. Robert C. Wood and J. Craig Havemeyer, Doing Business under the Firm Name of Wood & Havemeyer, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.

Rosa Absalon, Respondent, v. Rudolph Sickinger, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gayor, JJ., concurred.

Adam L. Denhard, Respondent, v. Abel H. Gilbert, Appellant, Impleaded with Thomas L. James and Others.— Judgment reversed and new trial granted, costs to abide the final award of costs, on the ground that there is no finding of pecuniary injury to the plaintiff's assignor, and no evidence returned from which such a finding could be supplied. Hirschberg, P. J., Hooker, Rich and Miller, JJ., concurred.

Johanna Eiffert, Appellant, v. Frederick R. Eiffert, Defendant, and James M. Chatterton, Respondent.— Interlocutory judgment affirmed on argument, with costs. Hirschberg, P. J., Woodward, Hooker and Gaynor, JJ., concurred.